(Official Form 1) (12/02)

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Kuber, Martin J | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>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 | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>344 W. 49th St<br>Chicago, IL 60609 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>*Chapter 13w/No Plan* |
| County of Residence or of the Principal Place of Business: Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Information Regarding the Debtor (Check the Applicable Boxes)**

Venue (Check any applicable box)
☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) | |
|---|---|---|---|
| ■ Individual(s) | ☐ Railroad | ☐ Chapter 7 | ☐ Chapter 11   ■ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | |
| ☐ Other_____ | ☐ Clearing Bank | | |

| Nature of Debts (Check one box) | | Filing Fee (Check one box) |
|---|---|---|
| ■ Consumer/Non-Business | ☐ Business | ■ Full Filing Fee attached |
| | | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) |

Chapter 11 Small Business (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

Statistical/Administrative Information (Estimates only)
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200+ |
|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ |

| Estimated Assets | | | | | | |
|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | |
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 02/24/2005
Time: 11:58:47
Debtor: MARTIN J KUBER
Case: 05-06468      Fee : 194
Chapter: 13 Rec. # : 3123143
Judge: A Benjamin Goldgar
341 mtg: 03/23/2005 @ 02:00PM
ConfHrg: 04/12/2005 @ 11:00AM
Trustee: MARILYN MARSHALL
1:05BK06468-BK001

(Official Form 1) (12/02)

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Kuber, Martin J** | FORM B1, Page 2 |
|---|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location<br>Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signature]*
Signature of Debtor **Martin J. Kuber**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X *[signature]*
Signature of Attorney for Debtor(s)
**Debra J. Vorhies-Levine 6239484**
Printed Name of Attorney for Debtor(s)

Law Offices of Debra V. Levine
53 W. Jackson Boulevard
Suite 409
Chicago, IL 60604
312-259-5970

Telephone Number
**2/23/05**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signature]*
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X *[signature]*  **2/23/05**
Signature of Attorney for Debtor(s)    Date
**Debra J. Vorhies-Levine**

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

kuber

A.F.S. Assignee of Bank One
c/o Arrow Financial Services, LLC
21031 Network Place
Chicago, IL 60673-1210

American General Finance
P.O. Box 4182
Carol Stream, IL 60197-4182

American General Finance
c/o American General Finance
PO Box 3632
Evergreen Park, IL 60805

American General Financial
3519 W. Lake Street
Melrose Park, IL 60160

Americredit
PO Bo 78143
Phoenix, AZ 85062-8143

Arrow Financial Services
5996 W. Touhy
Niles, IL 62714-4610

Arrow Financial Services LLC
c/o Lance S. Martin
5996 W. Touhy Ave.
Niles, IL 60714

Arrow Financial Services, LLC
c/o Freedman Anselmo, et al
1807 W. Diehl Rd; Ste 333
Naperville, IL 60566

ARS
1699 Wall Street
Suite 300
Mount Prospect, IL 60056-5788

Attention LLC
PO BOX 2508
Sherman, TX 75091

Baker, Miller, Markoff & Krasney
11 South LaSalle Street-19th Floor
Chicago, IL 60603

Baron's Creditor's Service Corp
155 Revere Dr. Suite 9
Northbrook, IL 60062

Biolectron Subsidiary of EBI
c/o Audit Solutions A. Div.
PO BOX 550
Saddle Brook, NJ 07663

Blue Cross / Blue Shield
300 E. Randolph
Chicago, IL 60601

Capital One

kuber

c/o NCO Financial
PO Box 41417
Philadelphia, PA 19101

Capital One
PO Box 17099
Baltimore, MD 21297

Capital One Bank
11013 W. Broad St.
Glen Allen, VA 23060

Capital One Visa
c/o NAFS
PO Box 9027
Buffalo, NY 14231

Charles Gilbert MD
c/o Magellan
PO Box 1445
Maryland Heights, MO 63043

Chicago Central CP LLP
75 Remittance Dr. #3274
Chicago, IL 60674

City of Chicago
Department of Revenue
P.O. Box 88292
Chicago, IL 60680-1292

City of Chicago, Dept. of Revenue
P.O. Box 805030
Chicago, IL 60680

Collection Company of America
306 Washington Street
P.O. Box 329
Norwell, MA 02061

Enterprise Rent-A-Car
7518 West 98th Street
Bridgeview, IL 60455

Ferleger & Associates, LTD
380 E. Northwest Hwy
Suite 340
Des Plaines, IL 60016

First Midwest Bank
214 Washington Street
Gurnee, IL 60031

First Star Platinum Visa
c/o US Bank
PO Box 5229
Cincinnati, OH 45201

GE Capital
PO Box 9001557
Louisville, KY 40290-1557

GE Consumer Finance-Home Depot

Page 2

kuber

c/o Client Services
3451 Harry S. Truman Blvd.
Saint Charles, MO 63301

GECCCC
950 Forrer Blvd
Dayton, OH 45420

GMAC
PO Box 173793
Denver, CO 80217

Home Depot
P.O Box 103000
Roswell, GA 30076

JC Penney
4580 Paradise Blvd. NW
Albuquerque, NM 87114

Knapp Medical Center
33035 Halsted
Chicago, IL 60608

Leading Edge
8550 West Bryn Mawr
Chicago, IL 60631

MBGA/JC Penney
PO Box 27570
Albuquerque, NM 87125

Medical Business Bureau
P.O. Box 1219
Park Ridge, IL 60068

Merchants Credit Guide Co.
223 W. Jackson Blvd.
Chicago, IL 60606

Mercy Hospital and Medical Center
P.O. Box 97171
Chicago, IL 60678

Midland Orthopedic Association
2850 S. Michigan Ave.
Chicago, IL 60609

Mutual Hospital Services
2525 N. Shadeland Ave
Suite 101
Indianapolis, IN 46219

Nationwide Credit
P.O. Box 740603
Atlanta, GA 30374

NCO Financial Systems, Inc
P.O. Box 2617
Guasti, CA 91743

NES Professional Debt
29125 Solon Road

Page 3

kuber

Solon, OH 44139

Northwest Collectors
3601 Algonquin Rd.
Sutie 500
Rolling Meadows, IL 60008

NSA
PO Box 8901
Westbury, NY 11590

Oxford Collection
535 Broadhollow Rd
Melville, NY 11747

Palisades Collection, LLC
PO Box 1274
Englewood Cliffs, NJ 07632

PAMS, Inc
5924 E. Los Angeles Ave.
Suite P
Simi Valley, CA 93063

Peoples Energy
Peoples Gas
Chicago, IL 60687

Pioneer Credit Recovery
26 Edward Street
Arcade, NY 14009

Progresive Recover Techniques
PO BOX 80530
Chicago, IL 60680-4111

Providian Financial
4490 Johnson Drive
San Francisco, CA 94119

PRT
PO Box 802079
Chicago, IL 60680

Radiological Physicians
PO Box 2150
Bedford Park, IL 60499-2150

Trackers, Inc.
PO BOX 1227
1970 Spruce Hills Drive
Bettendorf, IA 52722

Trustmark Recovey Services
541 Otis Bowen Drive
Munster, IN 46321

United Collection Bureau
2912 Spring West;  Ste 202
Dayton, OH 45439

United Collection Bureau
5620 Southwyck Blvd

kuber

Toledo, OH 43614

University of Chicago Physicians
PO Box 75307
Chicago, IL 60675

University of Chicago Physicians
75 Remittance Dr.
Suite 1385
Chicago, IL 60675

US Bank
PO Box 17143
Denver, CO 80217

Van Ru Credit Corporation
4415 S. Wendler Dr. Bldg.B
Suite 200
Tempe, AZ 85282

Zaki Lababidi MD
2600 South Michigan Avenue
Chicago, IL 60616