IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Kuber, Martin J | Case Number: 05 B 06468 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 9/3/08 | Filed: 2/24/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: April 8, 2008
Confirmed: June 7, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 19,081.45 | |
| Secured: | | 1,687.24 |
| Unsecured: | | 14,066.02 |
| Priority: | | 0.00 |
| Administrative: | | 2,394.00 |
| Trustee Fee: | | 918.69 |
| Other Funds: | | 15.50 |
| Totals: | 19,081.45 | 19,081.45 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Debra J Vorhies-Levine | Administrative | 2,394.00 | 2,394.00 |
| 2. | Chicago Municipal Employees CU | Secured | 1,687.24 | 1,687.24 |
| 3. | National Capital Management | Unsecured | 93.99 | 571.77 |
| 4. | United Collection Bureau Inc | Unsecured | 10.64 | 50.08 |
| 5. | US Bank | Unsecured | 1,130.56 | 6,877.42 |
| 6. | ASTA Funding Acquisition I | Unsecured | 761.61 | 4,632.87 |
| 7. | American General Finance | Unsecured | 289.90 | 1,763.56 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 28.00 | 170.32 |
| 9. | General Motors Acceptance Corp | Secured | | No Claim Filed |
| 10. | General Motors Acceptance Corp | Unsecured | | No Claim Filed |
| 11. | American General Finance | Unsecured | | No Claim Filed |
| 12. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 13. | Americredit Financial Ser Inc | Unsecured | | No Claim Filed |
| 14. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 15. | American General Finance | Unsecured | | No Claim Filed |
| 16. | Collection Company Of America | Unsecured | | No Claim Filed |
| 17. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 18. | Attention LLC SHR | Unsecured | | No Claim Filed |
| 19. | Baron's Creditor Svc | Unsecured | | No Claim Filed |
| 20. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 21. | ARS | Unsecured | | No Claim Filed |
| 22. | Biolectron Subsidiary Of EBI | Unsecured | | No Claim Filed |
| 23. | Capital One | Unsecured | | No Claim Filed |
| 24. | Blue Cross & Blue Shield | Unsecured | | No Claim Filed |
| 25. | Chicago Central | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Kuber, Martin J

Printed: 9/3/08

Case Number: 05 B 06468
Judge: Goldgar, A. Benjamin
Filed: 2/24/05

| # | Creditor | Type | Claim Status |
|---|---|---|---|
| 26. | Capital One | Unsecured | No Claim Filed |
| 27. | Blue Cross & Blue Shield | Unsecured | No Claim Filed |
| 28. | Charles Gilbert Md | Unsecured | No Claim Filed |
| 29. | Capital One | Unsecured | No Claim Filed |
| 30. | Capital One | Unsecured | No Claim Filed |
| 31. | City Of Chicago Dept Of Revenue | Unsecured | No Claim Filed |
| 32. | City Of Chicago Dept Of Revenue | Unsecured | No Claim Filed |
| 33. | Enterprise Rent A Car | Unsecured | No Claim Filed |
| 34. | Client Collection Services Inc | Unsecured | No Claim Filed |
| 35. | Ferleger & Associates LTD | Unsecured | No Claim Filed |
| 36. | GE Capital Corporation | Unsecured | No Claim Filed |
| 37. | Gecc Auto Lease Inc | Unsecured | No Claim Filed |
| 38. | First Midwest Bank | Unsecured | No Claim Filed |
| 39. | Baker Miller Markoff & Krasny LLC | Unsecured | No Claim Filed |
| 40. | J C Penney Co Inc | Unsecured | No Claim Filed |
| 41. | Mercy Hospital | Unsecured | No Claim Filed |
| 42. | Leading Edge | Unsecured | No Claim Filed |
| 43. | MBGA/JC Penney | Unsecured | No Claim Filed |
| 44. | Medical Business Bureau Inc | Unsecured | No Claim Filed |
| 45. | Midland Orthopedic Association | Unsecured | No Claim Filed |
| 46. | Knapp Medical | Unsecured | No Claim Filed |
| 47. | Medical Business Bureau Inc | Unsecured | No Claim Filed |
| 48. | Peoples Energy Corp | Unsecured | No Claim Filed |
| 49. | Mutual Hospital Services/Alverno | Unsecured | No Claim Filed |
| 50. | NCO Financial Systems | Unsecured | No Claim Filed |
| 51. | Trustmark Insurance Co | Unsecured | No Claim Filed |
| 52. | NES National Enterprises Systems | Unsecured | No Claim Filed |
| 53. | NSA | Unsecured | No Claim Filed |
| 54. | Nationwide Credit & Collection | Unsecured | No Claim Filed |
| 55. | Oxford Collection Service | Unsecured | No Claim Filed |
| 56. | Pioneer Credit | Unsecured | No Claim Filed |
| 57. | Northwest Collectors | Unsecured | No Claim Filed |
| 58. | PAMS Inc | Unsecured | No Claim Filed |
| 59. | Progressive Recovery Technique | Unsecured | No Claim Filed |
| 60. | Trackers Inc | Unsecured | No Claim Filed |
| 61. | Merchants Credit Guide | Unsecured | No Claim Filed |
| 62. | Van Ru Credit Corporation | Unsecured | No Claim Filed |
| 63. | United Collection Bureau Inc | Unsecured | No Claim Filed |
| 64. | Radiological Physicians | Unsecured | No Claim Filed |
| 65. | University Of Chicago Physicians | Unsecured | No Claim Filed |
| 66. | Doctor Zaki Lababidi | Unsecured | No Claim Filed |
| 67. | US Bank | Unsecured | No Claim Filed |
| 68. | Progressive Recovery Technique | Unsecured | No Claim Filed |
| 69. | General Motors Acceptance Corp | Unsecured | No Claim Filed |
| 70. | University Of Chicago Physicians | Unsecured | No Claim Filed |
| 71. | Arrow Financial Services | Unsecured | No Claim Filed |
| 72. | City Of Chicago | Unsecured | No Claim Filed |
| 73. | Arrow Financial Services | Unsecured | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Kuber, Martin J | Case Number:  05 B 06468 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  9/3/08 | Filed:  2/24/05 |

```
                                        _____      _____
                                        $ 6,395.94      $ 18,147.26
```

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 97.51 |
| 5.5% | 406.95 |
| 5% | 136.20 |
| 4.8% | 230.28 |
| 5.4% | 47.75 |
| | _____ |
| | $ 918.69 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

